UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CYRIL EVE                                           CASE NO.: 13-24908-BKC-RAM
                                                    CHAPTER 13

     Debtor
_____/

**MOTION FOR HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. § 1328(b)
AND APPROVAL OF ATTORNEY FEES**

The Debtor, Cyril Eve, by and through his undersigned attorney, requests this Honorable Court to grant the Motion for Hardship Discharge Pursuant to 11 U.S.C §1328 (b) and approval of attorney fees. In support thereof the Debtor states:

1. The Debtor filed for bankruptcy protection on 6/25/2013.
2. The Debtor was disabled and had appointed his wife, Glenda Eve, as his attorney in fact via a Durable Power of Attorney dated June 12th, 2013.
3. We have been notified by Glenda Eve that the Debtor is deceased.
4. The Debtor's wife assert that the estate of Cyril Eve contains no assets.
5. The granting of this Motion will not prejudice any creditor
6. The undersigned attorney request approval of the fee of $1,000.00 paid by Debtor's wife for services related to the preparation and filing of this motion.

Wherefore the Debtor moves this Court for an Order Granting the Motion for Hardship Discharge Pursuant to 11 U.S.C. §1328(b) and approval of attorney's fees.

**CERTIFICATE**

I CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Respectfully submitted,
    Miller & Funcia, P.A.
    9555 N. Kendall Drive, Suite 211
    Miami, Florida 33176
    Phone: 305-274-2922
    Fax:    305-722-3656

    _____/s/_____
    Joshua S. Miller, Esq., FBN 64191

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of the foregoing motion and a true copy of the Notice of Hearing of the foregoing motion, subsequently generated by the court after the filing of the foregoing motion, will be served electronically by the court as set forth below and via regular US Mail to all creditors as set forth below on the 19th day of October, 2016.

*Electronically*

*Joshua S Miller, Esq on behalf of Debtor Cyril Eve*
*millerfunciaecf@gmail.com,millerandfunciapa@gmail.com, millerandfunciapa@ecf.inforuptcy.com*

*Nancy K. Neidich*
*e2c8f01@ch13herkert.com, ecf2@ch13herkert.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Via First Class Mail*

To all other interested parties on the attached service list - Matrix


Dated this 19th day of October, 2016.

                                         Respectfully submitted,
                                         Miller & Funcia, P.A.
                                         9555 N. Kendall Drive, Suite 211
                                         Miami, Florida 33176
                                         Phone: 305-274-2922
                                         Fax:    305-722-3656
                                         millerfunciapa@bellsouth.net
                                         /s/_____
                                         Joshua S. Miller, Esq. FBN 64191