| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-24908-RAM<br>Southern District of Florida<br>Miami<br>Tue Aug  6 11:32:51 EDT 2013 | (p)APPLIED BANK<br>PO BOX 15809<br>WILMINGTON DE 19850-5809 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>Attention: Bankruptcy Department<br>POB 26012<br>Greensboro, NC 27420-6012 | Bank of America<br>C/o Prober & Raphael<br>20750 Ventura Blvd #100<br>Woodland Hills, CA 91364-6207 | Citi<br>POB6241<br>Sioux Falls, SD 57117 |
| Compucredit Corp/Salut<br>POB105555<br>Atlanta, GA 30348 | Credit One Bank<br>POB98875<br>Las Vegas, NV 89193 | First American Investment<br>C/o Christopher Ranieri<br>3890 West Commercial Blvd #211<br>Fort Lauderdale, FL 33309-3319 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Frnklncrdt<br>6 Harrison Street 6th Floor  Corp<br>New York, NY 10013-2810 | Gecrb/Jcp<br>POB984100<br>El Paso, TX 79998 |
| Honorable Michael B. Mukasey<br>Attorney General of the United States<br>Department of Justice, Room 4400<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | Honorable R. Alexander Acosta<br>United States Attorney<br>99 NE 4th Street<br>Miami, FL 33132-2145 | Hsbc Bank<br>POB5253<br>Carol Stream, IL 60197 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lvnv Funding Llc<br>POB740281<br>Houston, TX 77274 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank<br>POB9201<br>Old Bethpage, NY 11804 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Special Assistant United States Attorney<br>Associates Area Counsel (SBSE)- Ft. Laud<br>1000 S. Pine Island Road, Suite 300<br>Fort Lauderdale, FL 33324-3910 | Special Assistant United States Attorney<br>C/O IRS Counsel (SBSE)<br>51 SW 1st Avenue, POB 9<br>Miami, FL 33130-1608 |
| Cyril Eve<br>12801 NW 18th Court<br>Miami, FL 33167-1520 | Joshua S Miller Esq<br>9555 N Kendall Dr #211<br>Miami, FL 33176-1978 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Applied Bank<br>601 Delaware Ave<br>Wilmington, DE 19801 | Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 |
| Internal Revenue Service<br>POB 17167, Stop5730<br>Fort Lauderdale, FL 33324 | (d)Internal Revenue Service<br>POB 21126<br>Philadelphia, PA 19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27